BEFORE THE FIRST DIVISION, MAY 25, 1967

**No. P67/172.**—Colonial Process Supply Co., Inc. *v.* United States, protest 66/5713 (New York).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of "Volkollan"

strips similar in all material respects to those the subject of *Hensel, Bruckmann & Lorbacher, Inc.* v. *United States* (53 Cust. Ct. 212, C.D. 2498), the claim of the plaintiff was sustained.